PRUDENTIAL INSURANCE COMPANY, APPELLANT, *v.* PETERSON, APPELLEE.

[Cite as Prudential Ins. Co. *v.* Peterson (1989), 43 Ohio St. 3d 174.]

(No. 88-756—Submitted April 4, 1989—Decided June 14, 1989.)

*Michael R. Eckhart,* for appellant.

*Thomas A. Thornburgh,* for appellee.

The judgment of the court of appeals is affirmed on authority of *Cincinnati Bell Tel. Co.* v. *Straley* (1988), 40 Ohio St. 3d 372, 533 N.E. 2d 764.

MOYER, C.J., SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.